# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No: 15-151 (PGS) |
| v. | **ORDER** |
| ASSANE FAYE, | |

This matter having been presented to the Court on an application by Defendant Assane Faye at the close of the Government's case in chief for a Fed. R. Crim. P. 29(a) Judgment of Acquittal on all nine counts of the Indictment; that motion was renewed at the close of Defendant's case in chief; for the reasons stated on the record, and for good cause shown,

IT IS, on this 6th day of May, 2016, **ORDERED** that:

Defendant's Rule 29(a) Judgment of Acquittal is **DENIED**.

RECEIVED
MAY 06 2016
AT 8:30
WILLIAM T. WALSH
CLERK

PETER G. SHERIDAN, U.S.D.J.